# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

Bridget M. McCormack,
Chief Justice

158377

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARY CLARE DUNKEL,
            Plaintiff-Appellee,

v

SIGNAL MEDICAL CORPORATION,
            Defendant-Appellant.

SC: 158377
COA: 339357
St. Clair CC: 15-002584-CK

_____/

On order of the Court, the application for leave to appeal the June 19, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



d0325

Clerk